Laney v. Sweeney.

---

LANEY v. SWEENEY *et al., Appellants.*

DIVISION TWO.

The Decision in *Laney v. Garbee, ante,* p. 355, followed and affirmed.

*Appeal from Christian Circuit Court.*—HON. W. D. HUBBARD, Judge.

AFFIRMED.

*Gideon & Gideon* for appellants.

*Jas. R. Vaughan* for respondent.

GANTT, P. J.—This is an action of ejectment for certain lands in Christian county. Judgment was rendered for the plaintiff below. The validity of a judgment for taxes is the ground of contention. The facts are identical with those in *Laney v. Garbee, ante,* p. 355, and, for the reasons given in the opinion in that cause filed to-day by Judge MACFARLANE, we affirm the judgment of the circuit court in this case. All concur.